709 A.2d 203

IN THE MATTER OF STEVEN P. HAFT,
AN ATTORNEY AT LAW.

May 27, 1998.

## ORDER

This matter having been duly presented to the Court, it is ORDERED that **STEVEN P. HAFT** of **PARSIPPANY**, who was admitted to the bar of this State in 1974, and who was suspended from the practice of law for a period of one year, effective November 18, 1996, by Order of this Court dated October 16, 1996, be restored to the practice of law, effective immediately.